**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **WG BEST WEINKELLEREI, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 19-10601 (BLS) |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  3, 2019**          x  *[signature]*

Signature of individual signing on behalf of debtor

**Fonda Hopkins**
Printed name

Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re  **WG BEST WEINKELLEREI**                                           Case No.  **19-10601-BLS**

_____
                                   Debtor(s)                    Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................  $  __Hourly rate for services rendered__

    Prior to the filing of this statement I have received ...........................  $  __n/a__

    Balance Due ...............................................................................................  $  __n/a__

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__April  3, 2019__                                        __/s/ Mette Kurth__
_Date_                                                    **Mette Kurth**
                                                         _Signature of Attorney_
                                                         **Fox Rothschild LLP**
                                                         **919 N. Market St., Suite 300**
                                                         **Wilmington, DE 19899-2323**
                                                         **(302) 654-7444   Fax: (302) 656-8920**
                                                         **mkurth@foxrothschild.com**
                                                         _Name of law firm_

---

**Fill in this information to identify the case:**

Debtor name **WG BEST WEINKELLEREI**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **19-10601-BLS**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................... $ 4,353,777.31

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................... $ 4,353,777.31

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ 3,528,761.59

4. **Total liabilities** .........................................................................................................
   Lines 2 + 3a + 3b

   $ 3,528,761.59

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **WG BEST WEINKELLEREI**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-10601-BLS**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Wells Fargo Bank** | **Business Checking Account** | 8645 | $30.00 |
| 3.2. **Wells Fargo Bank** | **Choice IV Comerical Checking** | 5741 | $15,800.00 |
| 3.3. **Wells Fargo Bank** | **Comerical Checking** | 5741 | $30.00 |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| 5. | **Total of Part 1.** | | $15,860.00 |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| | 7.1. **Deposit with Aero Industrial Limited** | $14,541.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **WG BEST WEINKELLEREI**                                        Case number *(if known)*  **19-10601-BLS**
_____
Name

---

7.2.   **Deposit with WeWork**                                                              $9,675.00

---

7.3.   **Deposit with Regus**                                                               $2,658.00

---

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                       | $26,874.00 |
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:       54,289.00    -           0.00    = ....          $54,289.00
                          _____          _____
                          face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                      | $54,289.00 |
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** **Inventory** | | $0.00 | | $427,171.00 |

Debtor   **WG BEST WEINKELLEREI**                                    Case number *(If known)* **19-10601-BLS**
         Name

23. **Total of Part 5.**                                                                    $427,171.00
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Miscelaneous office equipment | Unknown | | Unknown |
| Miscellaneous Computer Hardware and Sofware including Relation Edge/Tridea/Columbus | $85,235.31 | N/A | $85,235.31 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                    $85,235.31
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **WG BEST WEINKELLEREI** | Case number *(If known)* **19-10601-BLS** |
|---|---|---|
| | Name | |

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Miramar Forklift** | Unknown | N/A | Unknown |
| 47.2. **2006 Land Rover** | Unknown | N/A | Unknown |
| 47.3. **2010 Mercedes Benz** | Unknown | N/A | Unknown |
| 47.4. **Winemaking Equipment** | Unknown | N/A | Unknown |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $0.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **WG BEST WEINKELLEREI**
        Name

Case number *(If known)* **19-10601-BLS**

| | | |
|---|---|---|
| **Montesquieu TM per book value** | **$1,440,000.00** | **$1,440,000.00** |

61.   **Internet domain names and websites**
      **BESTAQUASERVICES.COM**
      **BESTWINERY.COM**
      **CORPORATEWINE.NET**
      **DERENCOURTCA.COM**
      **DERENCOURTCALIFORNIA.COM**
      **DERENONCOURT-CALIFORNIA.COM**
      **DERENONCOURT.COM**
      **DERENONCOURTCA.COM**
      **DERENONCOURTCALIFORNIA.COM**
      **DERENONCOURTWINES.COM**
      **DERENONCOURTWINESCA.COM**
      **DERENONCOURTWINESCA.NET**
      **DERENONCOURTWINESCALIFORNIA.COM**
      **DERENONCOURTWINESCALIFORNIA.NET**
      **DERENONCOURTWINESOFCA.COM**
      **DERENONCOURTWINESOFCA.NET**
      **DERENONCOURTWINESOFCALIFORNIA.COM**
      **DERENONCOURTWINESOFCALIFORNIA.NET**
      **FONDOFWINE.COM**
      **GERHARDTUSA.COM**
      **GERHARDTWINEGIFTS.COM**
      **GERHARDTWINES.COM**
      **GIFTSFROMTHEVINE.COM**
      **INTERNATIONALWINES.COM**
      **KRYGER.COM**
      **LEADINGWINEMAKERS.COM**
      **MONTECIUE.NET**
      **MONTESQUEUE.NET**
      **MONTESQUIEU-BORDEAUX.NET**
      **MONTESQUIEU-BORDEAUX.ORG**
      **MONTESQUIEU.BIZ**
      **MONTESQUIEU.COM**
      **MONTESQUIEU.TV**
      **MONTESQUIEU.US**
      **MONTESQUIEUEVENTS.COM**
      **MONTESQUIEUPANEL.COM**
      **MONTESQUIEUPRESS.COM**
      **MONTESQUIEUWINE.COM**
      **MONTESQUIEUWINE.NET**
      **MONTESQUIEUWINEBROKER.COM**
      **MONTESQUIEUWINECOUNTRY.COM**
      **MONTESQUIEUWINEGEOGRAPHER.COM**
      **MONTESQUIEUWINEJOBS.COM**
      **MONTESQUIEUWINELOVERS.COM**
      **MONTESQUIEUWINEOPERA.COM**
      **MONTESQUIEUWINEPANEL.COM**
      **MONTESQUIEUWINEPRESS.COM**
      **MONTESQUIEUWINERY.COM**
      **MONTESQUIEUWINERY.NET**
      **MONTESQUIEUWINERY.ORG**
      **MONTESQUIEUWINES.COM**
      **MONTESQUIEUWINES.NET**
      **MONTESQUIEUWORLD.COM**
      **MONTESQUIEUWORLDWIDE.COM**
      **MQWINE.COM**
      **MTQWINE.COM**
      **SIGNATUREWINEMAKERS.COM**                    **Unknown**                    **Unknown**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **WG BEST WEINKELLEREI**                                    Case number *(If known)* **19-10601-BLS**
_____
Name

SIGNATUREWINEMAKERSERIES.COM
SIGNEDWINES.COM
SPIRITOFTHEEAST.NET
SPIRITOFWINE.COM
SPIRITOFWINE.NET
SPIRITOFWINES.COM
SPIRITOFWINES.NET
STARWINEMAKER.COM
STARWINEMAKERS.COM
STARWINEMAKERSERIES.COM
STEPHANEDERENONCOURT.COM
STEPHANEDERENONCOURT.NET
STEPHANEDERENONCOURTWINES.COM
STEPHANEDERENONCOURTWINES.NET
STEPHANEDERENONCOURTWINESCA.COM
STEPHANEDERENONCOURTWINESCA.NET
STEPHANEDERENONCOURTWINESCALIFOR
NIA.COM
STEPHANEDERENONCOURTWINESCALIFOR
NIA.NET
THESPIRITOFLIVING.COM
THESPIRITOFLIVING.NET
THESPIRITOFWINE.COM
THESPIRITOFWINE.NET
THESPIRITOFWINES.COM
THESPIRITOFWINES.NET
VINPRO.CO.UK
WGBEST.COM
WGBEST.NET
WGBEST.ORG
WGBESTFS.COM
WINEBROKERS.COM
WINEDIRECT.BIZ
WINEDIRECT.ORG
WINEMAKERCHAT.COM
WINEMAKERINSIDER.COM
WINEMAKERSERIES.COM
WINETOCHANGETHEWORLD.COM
winewaterlife.com
winewaterlife.info
winewaterlife.net
winewaterlife.org
WORLDOFMONTESQUIEU.COM

| | | |
|---|---|---|
| WORLDOFMONTESQUIEU.NET | **Unknown** | **Unknown** |
| 62. Licenses, franchises, and royalties Arkansas Standard Permit ending in 0-SLS | **Unknown** | **Unknown** |
| Arkansas Alcoholic Beverage Permit ending in 6417 | **Unknown** | **Unknown** |
| Arizona Alcholic Beverage License ending in 1980 | **Unknown** | **Unknown** |
| Arizona Alcholic Beverage License ending in 3096 | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **WG BEST WEINKELLEREI**                                    Case number *(If known)* **19-10601-BLS**
_____
Name

| | | |
|---|---|---|
| **California Alcoholic Beverage Control License ending in 1311** | **Unknown** | **Unknown** |
| **California Alcoholic Beverage Control License ending in 4095** | **$0.00** | **Unknown** |
| **California Alcoholic Beverage Control License ending in 4252** | **Unknown** | **Unknown** |
| **California Alcoholic Beverage Control License ending in 5131** | **Unknown** | **Unknown** |
| **California Alcoholic Beverage Control License ending in 5131** | **Unknown** | **Unknown** |
| **California Statement of Information ending in 7563** | **Unknown** | **Unknown** |
| **California Seller's Permit ending in 0011** | **Unknown** | **Unknown** |
| **City of San Diego Certificate of Business Tax ending in 2550** | **Unknown** | **Unknown** |
| **Colorado Winery Direct Shippers Permit ending in 0000** | **Unknown** | **Unknown** |
| **Connecticut Out of State Shipper Liquor Permit ending in 0979** | **Unknown** | **Unknown** |
| **Connecticut Sales and Use Tax Permit ending in 6214** | **Unknown** | **Unknown** |
| **Connecticut Sales Tax and Excise Resale Reg ending in 4-001** | **Unknown** | **Unknown** |
| **Federal Producer License ending in 2689** | **Unknown** | **Unknown** |
| **Federal Producer License ending in 2689** | **Unknown** | **Unknown** |
| **Federal Producer License ending in 2402** | **Unknown** | **Unknown** |
| **Federal Wholesale Licesnse ending in 6941** | **Unknown** | **Unknown** |
| **Federal Importer License ending in 3730** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **WG BEST WEINKELLEREI**                         Case number *(If known)* **19-10601-BLS**
          Name

| Florida Sales Tax Resale Certificates ending in 995-2 | Unknown | | Unknown |
|---|---|---|---|
| Florida Sales Tax Resale Certificate ending in 3-001 | Unknown | | Unknown |
| Georgia Wine Special Order Shipping License ending in 1592 | Unknown | | Unknown |
| Georgia Sales Tax Certificate of Registration ending in 3862 | Unknown | | Unknown |
| Iowa Wine Direct Shippers License ending in 0450 | Unknown | | Unknown |
| Illinois Certificate of Registration - Use Tax ending in 6869 | Unknown | | Unknown |
| Indiana Direct Wine Shippers Permit ending in 0539 | Unknown | | Unknown |
| Indiana Retail Merchant Certificate ending in 7639 | Unknown | | Unknown |
| Kansas Special Order Shipping License ending in 68-11 | Unknown | | Unknown |
| Kansas Liquor Enforcement Tax Certificate endin gin 8F-01 | Unknown | | Unknown |
| Louisiana Direct Shippers Permit ending in 5584 | Unknown | | Unknown |
| Louisiana Sales Tax Registration Certificate ending in 3-001 | Unknown | | Unknown |
| Massachusetts Direct Wine Shippers License ending in 1367 | Unknown | | Unknown |
| Michigan Direct Shipper License ending in 7623 | Unknown | | Unknown |
| Michigan Out of State Wine Shipper License ending in 2011 | Unknown | | Unknown |
| Michigan Sales Tax License ending in 0458 | Unknown | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **WG BEST WEINKELLEREI**        Case number *(If known)* **19-10601-BLS**
Name

| | | |
|---|---|---|
| **Maryland Direct Wine Shippers ending in 0182** | Unknown | Unknown |
| **Missouri Wine Direct Shippers License endin in 6672** | Unknown | Unknown |
| **Montana Foreign Winery or Importer License ending in 2-250** | Unknown | Unknown |
| **North Carolina Wine Shipper License ending in 72DS** | Unknown | Unknown |
| **North Carolina Sales Tax License ending in 0713** | Unknown | Unknown |
| **North Dakota Sales and Use Tax Permit ending in 5900** | Unknown | Unknown |
| **North Dakota Direct Shipper Permit ending in 0853** | Unknown | Unknown |
| **Nebraska Direct Shipper License ending in 3282** | Unknown | Unknown |
| **Nebraska Sales Tax Permit ending in 9776** | Unknown | Unknown |
| **New Hampshire Direct Shipper's Permit ending in 4433** | Unknown | Unknown |
| **New Mexico Direct Shipment Permit License ending in 0567** | Unknown | Unknown |
| **Nevada Certificate of Compliance ending in 1-001** | Unknown | Unknown |
| **New York Certificate of Authority (Winery) ending in 0458** | Unknown | Unknown |
| **New York Certificate of Authority (DCal) ending in 5801** | Unknown | Unknown |
| **New York Certificate of Registration as a Distributor (DCal) ending in 0458** | Unknown | Unknown |
| **New York Direct Wine Shipment License ending in 7917** | Unknown | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **WG BEST WEINKELLEREI**
Name

Case number *(If known)* **19-10601-BLS**

| | | |
|---|---|---|
| **Ohio Supplier Certificate of Registration (DCal) ending in 220-s** | **Unknown** | **Unknown** |
| **Ohio Out of State Wine Shipper S-Permit ending in 9842** | **Unknown** | **Unknown** |
| **Oregon Direct Shipper License ending in 7772** | **Unknown** | **Unknown** |
| **Pennsylvania Sales Tax License ending in 7480** | **Unknown** | **Unknown** |
| **Pennsylvania Direct Wine Shippers License ending in 8709** | **Unknown** | **Unknown** |
| **South Carolina Out of State Wine Shipper License ending in 1-PWS** | **Unknown** | **Unknown** |
| **South Carolina Beer/Wine Producer License ending in 4-PBP** | **Unknown** | **Unknown** |
| **South Carolina Retail License ending in 2144** | **Unknown** | **Unknown** |
| **Tennessee Direct Shipper License ending in 3701** | **Unknown** | **Unknown** |
| **Texas Sales Tax License ending in 458-1** | **Unknown** | **Unknown** |
| **Texas Direct Shipper's Permit ending in 9533** | **Unknown** | **Unknown** |
| **Texas Non-Resident Seller's Permit ending in 5244** | **Unknown** | **Unknown** |
| **Virginia Out of State Wine Shipper License ending in 7539** | **Unknown** | **Unknown** |
| **Virginia Use Tax License ending in 0165** | **Unknown** | **Unknown** |
| **Vermont Direct to Consumer Shipping License endin in CL-01** | **Unknown** | **Unknown** |
| **Vermont Sales and Use Tax Registration ending in 8F-01** | **Unknown** | **Unknown** |
| **Washington Master License (Out-of-State Wine Shipper) ending in 2480** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **WG BEST WEINKELLEREI**                                Case number *(If known)* **19-10601-BLS**
          Name

| **Wisconson Seller's Permit ending in 09-02** | Unknown | | Unknown |
| **Wisconson Tax Registration Certificate ending in 09-04** | Unknown | | Unknown |

63.    **Customer lists, mailing lists, or other compilations**
       **Customer list**                                 Unknown                          Unknown

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                    $1,440,000.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)
       **Intercompany Due from Dynamo**    4,608,696.00    -    2,304,348.00    =    $2,304,348.00
       **Sails Ltd.**                      Total face amount    doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 11

Debtor    **WG BEST WEINKELLEREI**                                    Case number *(If known)* **19-10601-BLS**
            Name

country club membership

78. **Total of Part 11.**                                                                          $2,304,348.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor   **WG BEST WEINKELLEREI**                              Case number *(If known)* **19-10601-BLS**
         Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------:|-------------------------------:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $15,860.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $26,874.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $54,289.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $427,171.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $85,235.31 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,440,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,304,348.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,353,777.31 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,353,777.31 |

**Fill in this information to identify the case:**

Debtor name **WG BEST WEINKELLEREI**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **19-10601-BLS**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **WG BEST WEINKELLEREI**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-10601-BLS**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Aero Industrial**<br>**7855 Ivanhoe Ave Suite 333**<br>**Apple Valley, CA 92307**<br>Date(s) debt was<br>incurred **February and March 2019**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$29,860.00** |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Alexandre Relvas Lda**<br>**Herdade Sao**<br>**Miguel-Apartado**<br>**Redondo-Portugal  60-7170-99**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,476.36** |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Alpha Omega**<br>**P.O. Box 822**<br>**Rutherford, CA 94573**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,500.00** |

| 3.4 | Nonpriority creditor's name and mailing address<br>**AT&T 831-000-3504-422**<br>**P.O. Box 5019**<br>**Carol Stream, IL 60197-5019**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,085.01** |

| Debtor | **WG BEST WEINKELLEREI** | Case number *(if known)* | **19-10601-BLS** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,007.01** |
|---|---|---|---|

**Azienda Agricola Verbena**
**Loc Verbena 100**
**53024 Montalcino**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,505.00** |
|---|---|---|---|

**BA Securities, LLC**
**Four Tower Bridge**
**200 Barr Harbor Drive Ste 400**
**West Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,750.00** |
|---|---|---|---|

**Bad Rat Ranch**
**14515 Noble Ranch Road**
**Lower Lake, CA 95457**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,072.00** |
|---|---|---|---|

**BCT Solutions**
**1240 Century Ct STE A**
**Santa Rosa, CA 95403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,425.96** |
|---|---|---|---|

**Benedetti Soc. Agr. Corte**
 **Antica di Gius**
**'via Case Sparse Prunea di Sotto no. 5**
**Sant'Ambrogio di Valpolicella**
**Italy 37015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,750.00** |
|---|---|---|---|

**Benegas**
**Araoz S/N - Mayor Drummond**
**5507 Lujan De Cuyo**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,583.05** |
|---|---|---|---|

**Bernardinos & Carvalho, S.A.**
**Quint Da Gradil**
**Vilar, Lisboa, Portugal**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WG BEST WEINKELLEREI** | | Case number (if known) | **19-10601-BLS** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BlackPoint IT Services** | ☐ Contingent | |
| | **20435 72nd Ave South Ste 200** | ☐ Unliquidated | |
| | **Kent, WA 98032** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,077.05 |
|---|---|---|---|
| | **Boisset La Famille des Grands Vins** | ☐ Contingent | |
| | **BP102, Rue Montgolfier** | ☐ Unliquidated | |
| | **Nuits Saint-Georges** | ☐ Disputed | |
| | **France 21703** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,042.50 |
|---|---|---|---|
| | **Butch Cameron Trucking, Inc.** | ☐ Contingent | |
| | **1240 Century Ct. STE A** | ☐ Unliquidated | |
| | **Santa Rosa, CA 95403** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **CA Dept of Tax and Fee Administration** | ☐ Contingent | |
| | **15015 Avenue of Science** | ☐ Unliquidated | |
| | **Ste. 200** | ☐ Disputed | |
| | **San Diego, CA 92128** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|
| | **Camille Benitah** | ☐ Contingent | |
| | **741 Capitol Street** | ☐ Unliquidated | |
| | **Vallejo, CA 94590** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,729.80 |
|---|---|---|---|
| | **Camilleri, Delia, Randon** | ☐ Contingent | |
| | **& Associates** | ☐ Unliquidated | |
| | **25/16 Vincenti Buildings** | ☐ Disputed | |
| | **Strait Street** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Cantina Colle Moro** | ☐ Contingent | |
| | **Via Del Mare** | ☐ Unliquidated | |
| | **Guatamelori Di Frisa Italy 66030** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **WG BEST WEINKELLEREI** | Case number (*if known*) | **19-10601-BLS** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,479.30**

**Cantina Cortecchia**
**Di Cortecchia Sergio SAS**
**Via Casolana, 3285**
**Castel Bolognese (RA)   48014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cantina Sociale Di Cesena**
**Via Emilia Ponente**
**Cesena Italy 2619-47522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,157.68**

**Chateau Bianca Inc.**
**17485 Hwy 22**
**Dallas, OR 97338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Chateaux Les Valentines**
**83250 la Londe les Maures**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,425.00**

**CleanNet of San Diego**
**1660 Hotel Circle North**
**Ste 226**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,847.98**

**Columbus US, Inc**
**600 Cordwainer Drive**
**Norwell, MA 02061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,563.79**

**Compagnia Mediterranea Del Vino**
**VIA RAFI N. 11**
**CELLINO SAN MARCO**
**Italy 72020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com |

| Debtor | **WG BEST WEINKELLEREI** | Case number (if known) | **19-10601-BLS** |
|---|---|---|---|

Name

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Comptroller of MD**
**Field Enforcement Division**
**Regulatory & Licensing Section**
**Annapolis, MD 21404-2999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Connecticut Dept of Revenue**
**PO Box 5030**
**Hartford, CT 06102-5030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,514.00**

**Creative Circle, LLC**
**P.O. Box 74008799**
**Chicago, IL 60674-8799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108.97**

**Credit Card Payment AMEX**
**PO Box 650448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,423.87**

**Deardenwines**
**P.O. Box 4364**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,914.00**

**Dept of the Treasury Alc Tob Tax Trade B**
**TTB**
**Excise Tax**
**St. Louis, MO 63179-0353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,709.53**

**Derenoncourt Consultants**
**Stephanie Derenoncourt**
**11 Lieu-dit Fillol**
**33350 Sainte Colombe**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WG BEST WEINKELLEREI** | Case number (if known) | **19-10601-BLS** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$245.31**

**Division of Alcoholic Bev & Tob- Tallaha**
**1940 North Monroe Street**
**Tallahassee, FL 32399-1022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,514.00**

**Don Buhman (Buhman Wine)**
**1331 Buhman Avenue**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$217,000.00**

**Eisele Vineyard**
**2155 Pickett Road**
**Calistoga, CA 94515**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$324.75**

**Enartis USA, Inc.**
**7795 Bell Road**
**Windsor, CA 95492**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,925.00**

**Esterlina Vineyards/Everett Ridge Winery**
**435 West Dry Creek Road**
**Healdsburg, CA 95448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,114.00**

**Ettore Fontana**
**Via Fontana, 1**
**12060 Castiglione Falletto Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,969.48**

**Fairwinds Estate Winery**
**9450 SW Gemini Drive #59205**
**Beaverton, Oregon 97008-7105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **WG BEST WEINKELLEREI** | Case number *(if known)* | **19-10601-BLS** |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,952.20** |
|---|---|---|---|
| | **Fedex**<br>**PO Box 7221**<br>**Pasadena, CA 91109-7321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **0356** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,577.88** |
|---|---|---|---|
| | **Flagship Brands Inc.**<br>**418 Aviation Blvd., Ste B**<br>**Santa Rosa, CA 95403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,783.44** |
|---|---|---|---|
| | **Florida Dept of Rev- Cert#7880135219952**<br>**5050 W Tennessee St**<br>**Tallahassee, FL 32399-0120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,405.00** |
|---|---|---|---|
| | **Forward Financing LLC**<br>**100 Summer Street, Suite 1175**<br>**Boston, MA 02110** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Loan** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,423.20** |
|---|---|---|---|
| | **Francesco Scalia**<br>**Cantina Sociale Corbera soc Coop**<br>**Contrada Luni ss 188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,128.00** |
|---|---|---|---|
| | **Friends Cellar JSC**<br>**MITSKEVICHI ST. 29 06**<br>**Tblisi, GA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,425.86** |
|---|---|---|---|
| | **Fritz Windlech Gmbh & Co.KG**<br>**Gaustrasse 54**<br>**55278 Mommenheim** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **WG BEST WEINKELLEREI**                              Case number (*if known*)    **19-10601-BLS**

Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,568.33 |
|---|---|---|---|

**Gemtree Wines**
**167 Elliot Rd McLaren Flat**
**SA 517 Austraila**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,334.23 |
|---|---|---|---|

**Georgia Dept of Rev**
**Taxpayer Services Division**
**P.O. Box 740321**
**Atlanta, GA 30374-0321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GSO**
**PO Box 1907**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $247.56 |
|---|---|---|---|

**Gusmer Enterprises, Inc.**
**81 M Street**
**Fresno, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,307.29 |
|---|---|---|---|

**Hinman & Carmichael LLP**
**260 California St Ste 1001**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,947.90 |
|---|---|---|---|

**I.L.S., Inc.**
**18618 S Ferris Place**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,120.00 |
|---|---|---|---|

**Icon Wines, Inc. (Hesperian Wines)**
**3189 Atlas Peak Road**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WG BEST WEINKELLEREI** | Case number (if known) | **19-10601-BLS** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80.00** |
|---|---|---|---|

**Idology**
**280 Interstate North Circle SE**
**Ste 610**
**Atlanta, Georgia 30339-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.91** |
|---|---|---|---|

**Indiana Dept of Revenue**
**P.O. Box 6114**
**Indianapolis, IN 46206-6114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,240.50** |
|---|---|---|---|

**J.F. Hillebrand USA, Inc.**
**P.O. Box 536411**
**Pittsburgh, PA 15253-5906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$261.53** |
|---|---|---|---|

**Janson Capsules**
**840 Latour Court**
**Suite A**
**NAPA, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$330.26** |
|---|---|---|---|

**Kansas Department of Revenue**
**Miscellaneous Tax**
**Kansas Dept of Revenue**
**Topeka, KS 66612-1588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,287.05** |
|---|---|---|---|

**Karma Vineyards**
**PO Box 3205**
**Wenatchee, WA 98807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,187.39** |
|---|---|---|---|

**La Mason Du Vegneron**
**23 Rue du Commerce**
**3900 Lons-le-Sanier France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **WG BEST WEINKELLEREI** | Case number *(if known)* | **19-10601-BLS** |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address
**Label Art of California**
**290 27th Street**
**Oakland, CA 94612**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,285.45**

---

**3.62** | Nonpriority creditor's name and mailing address
**Landsberg**
**P.O. Box 101144**
**Pasadena, CA 91189-1144**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,553.39**

---

**3.63** | Nonpriority creditor's name and mailing address
**Lavine, Lofgren, Morris & Engelberg, LLP**
**4180 La Jolla Vlg Dr STE 300**
**La Jolla, CA 92037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,094.00**

---

**3.64** | Nonpriority creditor's name and mailing address
**Louisiana Dept of Rev-Sales Tax Return**
**P.O. Box 3138**
**Sales Tax Division**
**Baton Rouge, LA 70821**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$560.00**

---

**3.65** | Nonpriority creditor's name and mailing address
**Lucas & Lewellen Vinyards Inc**
**95 Los Padres**
**Buellton, CA 93427**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$57,900.00**

---

**3.66** | Nonpriority creditor's name and mailing address
**M.A. Silva Corks, USA**
**3433 Westwind Blvd**
**Santa Rosa, CA 95403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,965.39**

---

**3.67** | Nonpriority creditor's name and mailing address
**Mandois Champagne**
**BP 9-66 Rue du General de Gaulle**
**51530 Pierry**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$37,570.52**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **WG BEST WEINKELLEREI** | Case number (if known) | **19-10601-BLS** |
|---|---|---|---|
| | Name | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$227,996.44** |
|---|---|---|---|

**Maxville Lake Winery**
**4105 Chiles Pope Valley Road**
**St. Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,528.76** |
|---|---|---|---|

**MG-IP Law, P.C.**
**4000 Legato Road**
**Suite 310**
**Fairfax, VA 22033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,090.00** |
|---|---|---|---|

**Miller, Monson, Peshel, Polacek**
**501 West Broadway, Suite 700**
**San Diego, CA 92101-3563**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,075.00** |
|---|---|---|---|

**MITEL NetSolutions, Inc.**
**P.O. Box 53230**
**Phoenix, AZ 85072-3230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,394.37** |
|---|---|---|---|

**MN Partners**
**Via Niccolo Tommaso 15/19**
**Cellino San Marco   70020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,000.00** |
|---|---|---|---|

**MQ Investors LLC**
**7798 Doug Hill Ct.**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$799.21** |
|---|---|---|---|

**MRC - Mr Copy**
**5657 Copley Drive**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **WG BEST WEINKELLEREI**
Name

Case number *(if known)*    **19-10601-BLS**

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Murchison & Cumming, LLP**
**801 South Grand Ave - 9th Fl.**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,620.00 |
|---|---|---|---|

**NAPA Ranch Wines, LLC**
**PO BOX 1395**
**Roseville, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $206.00 |
|---|---|---|---|

**Nath, Goldberg & Meyer**
**112 South West Street**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,044.38 |
|---|---|---|---|

**Nevada Dept of Tax-Combined Sls & Use Ta**
**State of Nevada - Sales/Use**
**P.O. Box 52609**
**Phoenix, AZ 85072-2609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.67 |
|---|---|---|---|

**New Mexico Taxation and Revenue Dept**
**P.O. Box 25123**
**Santa Fe, NM 87504-5123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,042.70 |
|---|---|---|---|

**NODUS Technologies, Inc**
**2099 S. State College Blvd**
**STE 250**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**North American Shippers Association, Inc**
**1600 St Georges Ave STE 310**
**Rahway, NJ 07065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **WG BEST WEINKELLEREI** | Case number (*if known*) | **19-10601-BLS** |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,851.90 |
|---|---|---|---|

**North Carolina**
P.O. Box 25000
Raleigh, NC 27640-0700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,375.00 |
|---|---|---|---|

**North Coast Winegrape Brokers**
12810 Anderson Road
Lower Lake, CA 95457-9744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,501.16 |
|---|---|---|---|

**North Dakota Office of State Tax Commiss**
**Office of State Tax Commissioner**
PO BOX 5623
Bismarck, ND 58506-5623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,500.00 |
|---|---|---|---|

**North Winery, LLC**
Attn: Bob Levy
P.O. Box 372
Oakville, CA 94562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,800.00 |
|---|---|---|---|

**Numerata Wine Company**
PO BOX 6814
Napa, CA 94581

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NYS Tax Dept - Sales Tax**
NYS Sales Tax Processing
P.O. Box 15171
Albany, NY 12212-5171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |
|---|---|---|---|

**Objective Capital Partners, LLC**
4242 Calle Isabelino
San Diego, CA 92130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WG BEST WEINKELLEREI** | Case number *(if known)* | **19-10601-BLS** |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $302.80 |
|---|---|---|---|
| | **Ohio Department of Taxation**<br>**PO BOX 530**<br>**Columbus, OH 43216-0530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,215.00 |
|---|---|---|---|
| | **Outsourcing Hub India**<br>**244 Fifth Ave**<br>**Ste. E133**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.08 |
|---|---|---|---|
| | **Pensylvania Liquor Control Board**<br>**Bureau of Licensing**<br>**PO Box 8940**<br>**Harrisburg, PA 17105-8940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,895.01 |
|---|---|---|---|
| | **Portocork America, Inc.**<br>**560 Technology Way**<br>**Napa, CA 94558** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $469.84 |
|---|---|---|---|
| | **Ramondin USA Inc**<br>**791 Technology Way**<br>**Napa, CA 94558** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,200.00 |
|---|---|---|---|
| | **Rudd Wines Inc.**<br>**500 Oakville Cross Rd**<br>**Oakville, CA 94562** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,735.00 |
|---|---|---|---|
| | **S&C Services Inc**<br>**265 N Main St. D-271**<br>**Kaysville, UT 84037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **WG BEST WEINKELLEREI** | Case number (if known) | **19-10601-BLS** |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$822.15**

**Salesforce.com Inc**
P.O. Box 203141
Dallas, TX 75320-3141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,580.00**

**Saturn Freight Systems, Inc**
PO BOX 680308
Marietta, GA 30068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$917.32**

**SDGE - Frank's Home Office**
P.O. Box 25111
Santa Ana, CA 92799-5111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,933.37**

**Seyfarth Shaw LLP**
3807 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,389.13**

**Sheppard Mullin Richter & Hampton LLP**
12275 El Camino Real
Ste 200
San Diego, CA 92130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,902.61**

**Shred-It USA LLC**
P.O Box 101007
Pasadena, CA 91189-1007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,501.00**

**Sierra Wireless**
Department 3327
PO Box 123327
Dallas, TX 75312-3327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **WG BEST WEINKELLEREI** | Case number (if known) | **19-10601-BLS** |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|
| | **Sileni Estates Limited**<br>**2016 Maraekakaho Road**<br>**RD 1** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,021.40 |
|---|---|---|---|
| | **South Carolina Dept of Rev**<br>**SC Dept of Revenue**<br>**Sales Tax**<br>**Columbia, SC 29214-0126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,118.70 |
|---|---|---|---|
| | **South Carolina Dept Of Revenue**<br>**ABL Section**<br>**Columbia, SC 29214-0907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Spacekraft**<br>**4901 West 79th Street**<br>**Indianapolis, IN 46268-1662** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.04 |
|---|---|---|---|
| | **State of Michigan**<br>**Dept 77003**<br>**Detroit, MI 48277-0003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,451.48 |
|---|---|---|---|
| | **State of Washington Dept of Revenue**<br>**19800 North Creek Parkway**<br>**Suite 101**<br>**Bothell, WA 98011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,686.29 |
|---|---|---|---|
| | **Streeter Printing**<br>**9880 Via Pasar**<br>**Ste C**<br>**San Diego, CA 92126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **WG BEST WEINKELLEREI** | | Case number *(if known)* | **19-10601-BLS** |
|---|---|---|---|---|
| | Name | | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,053.85 |
|---|---|---|---|
| | **Tenuta Le Velette**<br>**Immobili Rustici E Urbani**<br>**05018 Orvieto Stazione** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,074.02 |
|---|---|---|---|
| | **Texas Alcoholic Bev Commission**<br>**P.O. Box 13127**<br>**Austin, TX 78711-3127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365.00 |
|---|---|---|---|
| | **Tony's Valley Express**<br>**18720 Marine View Road**<br>**Hidden Valley Lake, CA 95467** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235.00 |
|---|---|---|---|
| | **Top It Off Bottling, LLC**<br>**201 Devlin Road**<br>**Napa, CA 94558** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|
| | **Toshiba Business Solutions**<br>**9740 Irvine Blvd**<br>**Irvine, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,379.31 |
|---|---|---|---|
| | **Toshiba Financial Service**<br>**P.O. BOX 51043**<br>**Los Angeles, CA 90051-5343** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,652.26 |
|---|---|---|---|
| | **Transition Staffing Group**<br>**PO BOX 75343**<br>**Chicago, IL 60675-5343** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **WG BEST WEINKELLEREI** | Case number (if known) | **19-10601-BLS** |
|---|---|---|---|
| | Name | | |

---

**3.117**

**Nonpriority creditor's name and mailing address**
**Uline**
**Attn: Accounts Receivable**
**2200 S Lakeside Drive**
**Waukegan, IL 60085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$338.35**

---

**3.118**

**Nonpriority creditor's name and mailing address**
**United Bank**
**75 Remittance Drive Dept. 1532**
**Chicago, IL 60675-1532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Guaranteed unsecured debt

Is the claim subject to offset? ☐ No ☐ Yes

**$1,193,245.76**

---

**3.119**

**Nonpriority creditor's name and mailing address**
**UPS**
**PO Box 894820**
**Los Angeles, CA 90189-4820**

Date(s) debt was incurred _

Last 4 digits of account number  6422

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,026.06**

---

**3.120**

**Nonpriority creditor's name and mailing address**
**UPS Supply Chain Solutions,Inc**
**28013 Network Place**
**Chicago, IL 60673-1280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$92.33**

---

**3.121**

**Nonpriority creditor's name and mailing address**
**Vermont Department of Taxes**
**P.O. Box 547**
**Montpelier, VT 05601-0547**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$723.24**

---

**3.122**

**Nonpriority creditor's name and mailing address**
**Vin-Go LLC**
**228 East Route 59 #314**
**Nanuet, NY 10954**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$180,018.52**

---

**3.123**

**Nonpriority creditor's name and mailing address**
**Vintage 99 Labels**
**California Bank of Commerce**
**P.O. Box 970**
**San Jose, CA 95108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,230.99**

---

| Debtor | **WG BEST WEINKELLEREI** | Case number *(if known)* | **19-10601-BLS** |
|---|---|---|---|
| | Name | | |

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,297.50** |
|---|---|---|---|

**Virginia Dept of Tax-Form ST-8**
**P.O. Box 26627**
**Richmond, VA 23261-6627**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$562.29** |
|---|---|---|---|

**Waste Management of El Cajon**
**P.O. Box 541065**
**Los Angeles, CA 90054-1065**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,489.93** |
|---|---|---|---|

**Weibel Family Vineyards & Winery**
**1 Winemaster Way**
**Lodi, CA 95240**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,865.01** |
|---|---|---|---|

**Wells Fargo**
**Payment Remittance Center**
**P.O. Box 77033**
**Minneapolis, MN 55480-7733**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,537.16** |
|---|---|---|---|

**Western Overseas Corporation**
**P.O. Box 90099**
**Long Beach, CA 90809-0099**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Wine Industry Direct Shipping**
**2700 Napa Valley Corporate Dr**
**Ste H**
**Napa, CA 94558**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Wine to Water**
**747 West King St. Ste. 200**
**Boone, NC 28607**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WG BEST WEINKELLEREI** | Case number (*if known*) | **19-10601-BLS** |
|---|---|---|---|
| | Name | | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $519.39 |
|---|---|---|---|

**Wisconsin Dept of Rev - Sales Tax**
P.O. Box 930389
Milwaukee, WI 53293-0389

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.80 |
|---|---|---|---|

**Wisconsin Dept Of Rev-Excise Tax**
PO Box 930208
Milwaukee, WI 53293

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,636.33 |
|---|---|---|---|

**Yale Products, Inc**
738 NE 20th Ave
Fort Lauderdale, FL 33304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Francesco Scalia**<br>**254 36th street suite C-251**<br>**Mail Box 15**<br>**Brooklyn, NY 11232** | Line **3.44**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Law Offices of Preston Fox, PC**<br>**205 S Mill St Ste 301A**<br>**Aspen, CO 81611** | Line **3.73**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Marc T. Cefalu**<br>**Cox, Wootton, Lerner, Griffin & Hansen L**<br>**900 Front Street, Suite 350**<br>**San Francisco, CA 94111** | Line **3.118**<br>☐ Not listed. Explain ____ | **4600,t210** |
| 4.4 | **Nora Saidani-Saez**<br>**International Debt Collector**<br>**97 Allee Alexandre Borodine CS 50159**<br>**69794 Saint Preist Cedex** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 3,528,761.59 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,528,761.59 |

Debtor      **WG BEST WEINKELLEREI**
Name

Case number (*if known*)      **19-10601-BLS**

**Fill in this information to identify the case:**

Debtor name    **WG BEST WEINKELLEREI**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-10601-BLS**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial Lease** | |
| State the term remaining | **June 20, 2023** | **Aero Industrial Limited** |
| List the contract number of any government contract | | **c/o La Jolla Management Company** **7855 Ivanhoe Avenue** **La Jolla, CA 92037** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Bulk Wine Sales Agreement** | |
| State the term remaining | **Until Paid** | **Eisele Vineyard** **Attn: Helene Mingot** |
| List the contract number of any government contract | | **2155 Pickett Road** **Calistoga, CA 94515** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Future Receipt Sales Agreement** | **Forward Financing** |
| State the term remaining | **Approximately May 31, 2019** | **c/o Mike Del Vecchio** **100 Summer Street** **Suite 1175** |
| List the contract number of any government contract | | **Boston, MA 02110** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Share Space agreement Agreement for property located at 9655 Granite Ridge Dr San Diego, CA 92123** | |
| State the term remaining | **Month to Month** | **Regus** |
| List the contract number of any government contract | | **9655 Granite Ridge Dr** **San Diego, CA 92123** |

Debtor 1  **WG BEST WEINKELLEREI**

First Name          Middle Name          Last Name

Case number (*if known*)    **19-10601-BLS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Shared Space Agreement property located at 12130 Millennium Drive, Los Angeles, CA 90094. Month to Mont** | |
|---|---|---|---|
| | State the term remaining | | **WeWork Samantha Snelling 12130 Millennium Drive Los Angeles, CA 90094** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Shared Space Agreement property located at 520 Broadway, Santa Monica, CA 90401. Month to Month** | |
|---|---|---|---|
| | State the term remaining | | **WeWork c/o Christine Badecki 520 Broadway Santa Monica, CA 90401** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **WG BEST WEINKELLEREI** |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (if known) **19-10601-BLS** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Dynamo Sails, Ltd** | **PO Box 805 Road Town Tortola, BVI** | **United Bank** | ☐ D _____<br>■ E/F ___3.118___<br>☐ G _____ |
| 2.2 | **Montequieu Corp.** | **8929 Aero Dr San Diego, CA 92123** | **United Bank** | ☐ D _____<br>■ E/F ___3.118___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **WG BEST WEINKELLEREI**

United States Bankruptcy Court for the:      DISTRICT OF DELAWARE

Case number (if known)      **19-10601-BLS**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2019** to **Filing Date** | ■ Operating a business ☐ Other _____ | $834,739.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **WG BEST WEINKELLEREI**                                          Case number *(if known)*  **19-10601-BLS**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **ADP** <br> One ADP Drive MS-100 <br> Augusta, GA 30909 | 12/7/2018, 12/10/2018, 12/13/2018, 12/24/2018, 12/27/2018, 1/7/2019, 1/9/2019, 1/10/2019, 1/18/2019, 1/23/2019, 2/4/2019, 2/6/2019, 2/11/2019, 2/19/2019, 2/20/2019 | $434,890.29 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Payroll** |
| 3.2. **Aero Industrial Limited** <br> 7855 Ivanhoe Ave Suite 333 <br> Apple Valley, CA 92307 | 1/29/2019, 2/4/2019, 3/8/2019 | $44,790.90 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Landlord** |
| 3.3. **Amuse Bouche LLC** <br> Attn: John Schwartz <br> 1130 Main Street <br> Napa, CA 94559 | 12/18/2018, 1/16/2019, 1/16/2019, 2/6/2019 | $63,950.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ■ Other **Wine Vendor** |
| 3.4. **Arcarius** <br> 2125 Center Ave #602 <br> Fort Lee, NJ 07024 | 12/31/2018 and 1/31/2019 | $36,818.05 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Hard Money Lender** |
| 3.5. **California Sales Tax** <br> PO Box 942879 <br> Sacramento, CA 94279 | 2/5/2019 | $22,195.70 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **California Sales Tax** |
| 3.6. **Chateau Bianca Inc.** <br> 17485 Hwy 22 <br> Dallas, OR 97338 | 12/31/2018 | $12,154.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.7. **Encore Glass, Inc.** <br> 2925 Cordelia Road <br> Fairfield, CA 94534 | 3/7/2019 | $8,991.34 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

| Debtor | **WG BEST WEINKELLEREI** | Case number *(if known)* | **19-10601-BLS** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Forward Financing LLC**<br>**100 Summer Street, Suite 1175**<br>**Boston, MA 02110** | 12/31/2018,<br>1/31/2019,<br>2/28/2019 | $63,855.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Hard Money Loan** |
| 3.9. **Fox Rothschild LLP**<br>**2000 Market Street**<br>**20th Floor**<br>**Philadelphia, PA 19103** | 3/13/2019 | $60,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other___ |
| 3.10. **I.L.S., Inc.**<br>**18618 S Ferris Place**<br>**Compton, CA 90220** | 3/6/2019 | $14,242.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Numerata Wine Company**<br>**PO BOX 6814**<br>**Napa, CA 94581** | 12/10/2018 | $18,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **PharaohMoans Winery**<br>**135 Camino Dorado Ste. 10**<br>**Napa, CA 94558** | 2/7/2019,<br>2/14/2019,<br>2/28/2019 | $124,350.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **PIRS**<br>**40 Exchange Place Suite 403**<br>**New York, NY 10005** | 12/31/2018<br>and<br>1/31/2019 | $45,327.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Hard Money Lender** |
| 3.14. **Transition Staffing Group**<br>**PO Box 75343**<br>**Chicago, IL 60675-5343** | 2/4/2019 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **WG BEST WEINKELLEREI**                                           Case number *(if known)* **19-10601-BLS**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.15. | **Montesquieu, Corp.**<br>**8929 Aero Drive**<br>**San Diego, CA 92123** | **12/14/2018,**<br>**12/19/2018,**<br>**12/21/2018,**<br>**12/24/2018,**<br>**12/24/2018,**<br>**1/4/2019,**<br>**1/7/2019,**<br>**1/9/2019,**<br>**1/25/2019,**<br>**1/30/2019,**<br>**2/12/2019,**<br>**2/14/2019,**<br>**2/27/2019** | **$250,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Intercompany**<br>**Payment** |
| 3.16. | **American Express Merchant Services**<br>**18850 North 56th Street**<br>**Phoenix, AZ 85054** | **12/28/2018,**<br>**1/7/2019,**<br>**2/5/2019,**<br>**2/5/2019,**<br>**3/5/2019** | **$19,999.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.17. | **Camille Benitah**<br>**741 Capitol Street**<br>**Vallejo, CA 94590** | **1/30/2019,**<br>**3/8/2019** | **$80,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.18. | **Coup De Foudre**<br>**1040 Main Street Ste. 100**<br>**Napa, CA 94559** | **1/17/2019,**<br>**2/5/2019,**<br>**2/14/2019,**<br>**2/28/2019** | **$158,550.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19. | **Fairwinds Estate Winery**<br>**9450 SW Gemini Drive #59205**<br>**Beaverton, OR 97008-7105** | **1/31/2019,**<br>**2/15/2019,**<br>**3/8/2019** | **$11,516.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20. | **Firman's Fund**<br>**PO Box 7166**<br>**Pasadena, CA 91109** | **1/3/2019,**<br>**2/1/2019,**<br>**3/4/2019** | **$6,616.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance** |
| 3.21. | **Landsberg**<br>**1900 W. University Drive Ste. 101**<br>**Tempe, AZ 85281** | **12/26/2018,**<br>**1/31/2019,**<br>**3/13/2019** | **$11,017.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **WG BEST WEINKELLEREI** | | | Case number *(if known)* **19-10601-BLS** |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.22. | **Mario Bergeron**<br>415 N. Benton Ave<br>Helena, MT 59601 | **12/21/2018,**<br>**1/10/2019,**<br>**2/8/2019** | **$7,716.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23. | **Mitel NetSolutions, Inc**<br>PO Box 53230<br>Phoenix, AZ 85072-3230 | **1/24/2019,**<br>**1/24/2019,**<br>**1/31/2019,**<br>**1/31/2019** | **$7,580.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. | **San Diego Gas and Electric**<br>PO Box 25111<br>Santa Ana, CA 92799-5111 | **12/21/2018,**<br>**2/2/2019,**<br>**2/27/2019** | **$9,463.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. | **Transition Staffing Group**<br>PO Box 75343<br>Chicago, IL 60675-5343 | **12/28/2018,**<br>**2/11/2019,**<br>**3/1/2019,**<br>**3/8/2019,**<br>**3/19/2019** | **$19,006.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26. | **Wells Fargo Merchant Services**<br>PO Box 6600<br>Hagerstown, MD 21741-6600 | **1/11/2019,**<br>**1/11/2019,1/1**<br>**1/2019,**<br>**2/12/2019,**<br>**2/12/2019,**<br>**3/12/2019,**<br>**3/12/2019,**<br>**3/12/2019,** | **$18,413.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Ken Hamlet**<br><br>**Director** | **Last 12**<br>**Months** | **$50,000.00** | **Salary** |
| 4.2. | **MQ Investors LLC**<br>7798 Doug Hill Ct.<br>San Diego, CA 92127<br>Investor | **Last 12**<br>**Months** | **$63,000.00** | |

Debtor    **WG BEST WEINKELLEREI**                                    Case number *(if known)*  **19-10601-BLS**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.    **Fonda Hopkins**<br>**2233 Hickory Street**<br>**San Diego, CA 92103**<br>**Owner** | **Last 12 Months** | **$121,154.00** | **Salary** |
| 4.4.    **Fonda Hopkins**<br>**2233 Hickory Street**<br>**San Diego, CA 92103**<br>**Owner** | **Last 12 Months** | **$137,600.00** | **Commissions Advanced** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

---

| Debtor | **WG BEST WEINKELLEREI** | Case number *(if known)* **19-10601-BLS** |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **8221 Arjons Drive<br>Suite F<br>San Diego, CA 92126** | **Approx. from 2004 through July 2018** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Debtor | WG BEST WEINKELLEREI | Case number *(if known)* | 19-10601-BLS |
|---|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **MSJ Storage**<br>**8221 Arjons Drive**<br>**San Diego, CA 92126** | **Fonda Hopkins, Jen Cook, Warehouse Manager** | **Offsite Storage** | ■ No<br>☐ Yes |
| **Top It Off Bottling, LLC**<br>**2747 Napa Valley Corporate Dr.**<br>**Napa, CA 94558** | **Fonda Hopkins, Jennifer Cook, and Warehouse manager** | **Inventory** | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **WG BEST WEINKELLEREI** | Case number *(if known)* | **19-10601-BLS** |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Customers**<br>**San Diego Cold Storage**<br>**1240 W. 28th St.**<br>**National City, CA 91950** | | **Current customer wine** | **Unknown** |

| **Part 12:** | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

| Debtor | WG BEST WEINKELLEREI | Case number *(if known)* | 19-10601-BLS |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   **Dynamo Sails Ltd.** | | **Dates business existed**<br><br>**EIN:**<br><br>**From-To** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Jennifer P. Cook**<br>**8440 Hydra Lane**<br>**San Diego, CA 92126** | **Beginning 2/28/2017** |
| 26a.2.   **Arthur Roke** | **Beginning 10/1/2018** |
| 26a.3.   **Burgandy Hosbein** | **Beginning**<br>**12/31/2016** |
| 26a.4.   **Beverly Pittenger** | **Through 12/31/2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **WG Best Weinkellerie, Inc.**<br>**8929 Aero Drive**<br>**San Diego, CA 92123** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Forward FInancing**<br>**100 Summer Street Ste 1175**<br>**Boston, MA 02110** |
| 26d.2.   **Arcarius Funding**<br>**2125 Center Ave #602**<br>**Fort Lee, NJ 07024** |
| 26d.3.   **American Express** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **WG BEST WEINKELLEREI**                                    Case number *(if known)*  **19-10601-BLS**

| Name and address | |
| --- | --- |
| 26d.4. | **Pearl Capital**<br>**2415 E. Camelback Rd. #510**<br>**Phoenix, AZ 85016** |
| 26d.5. | **PIRS**<br>**40 Exchange Place Suite 403**<br>**New York, NY 10005** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | **Jennifer P. Cook** | **12/31/2018** | |

| | Name and address of the person who has possession of inventory records |
| --- | --- |
| | **Jennifer P. Cook**<br>**8440 Hydra Lane**<br>**San Diego, CA 92126** |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Fonda Hopkins** | **2233 Hickory Street**<br>**San Diego, CA 92103** | **CEO, President** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **Ken Hamlet** | **$49,999.82** | **Paid in Last 12 Months** | **Officer Compensation** |

| | Relationship to debtor |
| --- | --- |
| | **Director** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **WG BEST WEINKELLEREI**                                    Case number *(if known)*   **19-10601-BLS**

☐  No
■  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Montesquieu, Inc.** | EIN:    **45-4738069** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**  Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  3, 2019**

**/s/ Fonda Hopkins**                                    **Fonda Hopkins**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com